THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ARTHUR FRAMPTON, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RANDOLPH GAINEY, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS D. JENNINGS, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHIRLEY ROBINSON, Appellant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.